**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOEL BRADLEY                                                              PLAINTIFF
ADC #132357

V.                                        NO: 4:09CV00403 JMM/HDY

DOC HOLLIDAY *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Partial Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to dismiss (docket entry #31) is

GRANTED, his claims against all Doe Defendants are DISMISSED WITHOUT PREJUDICE, and

the names of all Does are removed as party Defendants.

DATED this  29   day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE