**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

JOEL BRADLEY                                                                                    PLAINTIFF
ADC #132357

V.                                          NO: 4:09CV00403 JMM/HDY

DOC HOLLIDAY *et al.*                                                                    DEFENDANTS

<u>**ORDER**</u>

On March 12, 2010, Defendant Doc Holladay filed a motion for summary judgment, a brief

in support, and a statement of facts (docket entries #44-#46).  Although more than 14 days has

passed, Plaintiff has not responded.  However, in light of Plaintiff's *pro se* status, he will be granted

an additional 14 days to file his response.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Holladay's motion for

summary judgment no later than 14 days after the entry of this order.

DATED this ___30___ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE