# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JOEL BRADLEY                                                                                                       PLAINTIFF
ADC #132357

V.                                            NO: 4:09CV00403 JMM

DOC HOLLADAY *et al.*                                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Doc Holladay's motion for summary judgment (docket entry #44) is GRANTED, Plaintiff's complaint is DISMISSED WITH PREJUDICE with respect to Plaintiff's claims against Holladay, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE in all other respects.

DATED this  14  day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE