**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOEL BRADLEY                                                                                          PLAINTIFF
ADC #132357

V.                                          NO: 4:09CV00403 JMM

DOC HOLLADAY *et al.*                                                                          DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Doc Holladay, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  14  day of May, 2010.


_____
UNITED STATES DISTRICT JUDGE